IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | **1:10-CV-8028-VEH-TMP** |
| | ) | **1:08-CR-197-VEH-TMP** |
| TITO FRANCONA JONES, | ) | |
| | ) | |
| Defendant/Movant. | ) | |

## O R D E R

On September 7, 2011, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 be denied and dismissed with prejudice. No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is **ADOPTED**, and the recommendation is **ACCEPTED**.  Consequently, the motion to vacate or set aside sentence filed pursuant to 28 U.S.C. § 2255 in the above-styled cause is due to be and the same is hereby **DENIED** and **DISMISSED WITH PREJUDICE**.

**DONE** this the 27th day of September, 2011.

**VIRGINIA EMERSON HOPKINS**
United States District Judge